## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**MARKEEN ELLIOTT**　　　　　　　　　　　　　　　　　　　　　　　　　**Plaintiff**

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　**No. 3:21-cv-00751-BJB**

**RAYTHEON, INC., ET AL.**　　　　　　　　　　　　　　　　　　　　　　**Defendant**

### FINAL JUDGMENT

　　　　In light of the Court's Order and Opinion (DN 33) granting Raytheon's motion for judgment on the pleadings (DN 23), denying Raytheon's motion to dismiss as moot (DN 13), and denying Elliott's motion to remand (DN 21), the Court dismisses this case and strikes it from the Court's active docket. This is a final order.


cc: Counsel of record